# EXHIBIT B

Charted Claims:

Method Claim: 1

| US9986435 | Paycor Mobile App ("Accused Product") |
|---|---|
| 1. A method to perform an action, comprising:<br><br>receiving, by a first device located at a first geographical location, one or more messages that: | The accused product practices a method to perform an action (e.g., enabling user for punching in or punching out at a location chosen by the employer). The accused system practices receiving, by a first device (e.g., Paycor server) located at a first geographical location (e.g., geographical location of a Paycor data centre), one or more messages (e.g., geolocation information messages from a mobile device enabled with Paycor Mobile app, messages with location updates from a mobile device enabled with Paycor Mobile app).<br><br><br><br>https://www.paycor.com/hcm-software/payroll-software/mobile-app/ |

  

### Automate Timekeeping

Eliminate the hassle of tracking hours by hand or guessing when employees arrive at work. Paycor's time & attendance tracking software automates the entire process so you don't have to rely on spreadsheets or timecards.

### Employee Self-Service

Do employees rely on HR to track time off and hours worked? Paycor empowers your workforce to leverage self-service capabilities to improve productivity and manage their time.

### Easy Access Anytime, Anywhere

Today's modern workforce needs flexible solutions to track hours. Employees can clock in and out and view their timecards via Paycor Mobile.

https://www.paycor.com/hcm-software/time-attendance-software/

## Clock-In/Clock-Out

Administrators have the option to allow employees to punch in or out using their mobile phone. They can even choose which location or department they are punching into if they work in multiple locations or departments.

https://www.paycor.com/hcm-software/payroll-software/mobile-app/

Your timekeeping solution should also contain a mobile app that allows employees to punch in/out, enter daily hours, transfer departments and request time off work. It also allows managers to handle PTO requests and attendance exceptions from his or her phone.

If you're concerned about employees taking advantage of such a convenience, consider using geo-validation. This allows an employer to establish parameters in regard to where an employee physically must be in order to punch in/out. The location is documented for manager review.

https://www.paycor.com/resource-center/articles/is-your-time-and-attendance-solution-delivering-results/



https://www.youtube.com/watch?v=IG7B3YXv7YY



https://www.youtube.com/watch?v=IG7B3YXv7YY



https://play.google.com/store/apps/details?id=com.paycor.perform

5

|  | Personal Information collected may include:<br><br>• Name<br>• Gender<br>• Date of birth<br>• Street address<br>• Phone number<br>• E-mail address<br>• Employer names<br>• Employment history<br>• Job title<br>• Unique personal identification number (for example: Social Security Number)<br>• Direct deposit account number<br>• Contact information<br>• Profile photo and related photos<br>• Job application information<br>• Job openings that you share via the Gravity application<br>• Correspondence or communication sent via the Website<br>• Preferred language and country information<br>• User name<br>• Password<br>• Device identification information<br>• Browser fingerprint<br>• Geolocation information<br>• IP address<br><br>https://www.paycor.com/privacy-policy/ |
|---|---|
| indicate geographical location information of a second device located at a second geographical location, and | The accused product practices receiving, at a first device (e.g., Paycor server), a message which indicates geographical location information (e.g., location of mobile device enabled with Paycor Mobile app) of a second device located at a second geographical location (e.g., mobile device enabled with Paycor Mobile app).<br><br>As shown below, a mobile device enabled with the Paycor Mobile app sends location information to a Paycor server which uses the location of user to allow the user for punching in or punching out at a location chosen by the Paycor server's administrator. |



### Automate Timekeeping

Eliminate the hassle of tracking hours by hand or guessing when employees arrive at work. Paycor's time & attendance tracking software automates the entire process so you don't have to rely on spreadsheets or timecards.



### Employee Self-Service

Do employees rely on HR to track time off and hours worked? Paycor empowers your workforce to leverage self-service capabilities to improve productivity and manage their time.



### Easy Access Anytime, Anywhere

Today's modern workforce needs flexible solutions to track hours. Employees can clock in and out and view their timecards via Paycor Mobile.

https://www.paycor.com/hcm-software/time-attendance-software/

## Clock-In/Clock-Out

Administrators have the option to allow employees to punch in or out using their mobile phone. They can even choose which location or department they are punching into if they work in multiple locations or departments.

https://www.paycor.com/hcm-software/payroll-software/mobile-app/

Your timekeeping solution should also contain a mobile app that allows employees to punch in/out, enter daily hours, transfer departments and request time off work. It also allows managers to handle PTO requests and attendance exceptions from his or her phone.

If you're concerned about employees taking advantage of such a convenience, consider using geo-validation. This allows an employer to establish parameters in regard to where an employee physically must be in order to punch in/out. The location is documented for manager review.

https://www.paycor.com/resource-center/articles/is-your-time-and-attendance-solution-delivering-results/



https://www.youtube.com/watch?v=IG7B3YXv7YY



https://www.youtube.com/watch?v=IG7B3YXv7YY



https://play.google.com/store/apps/details?id=com.paycor.perform

| | |
|---|---|
| | Personal Information collected may include:<br><br>• Name<br>• Gender<br>• Date of birth<br>• Street address<br>• Phone number<br>• E-mail address<br>• Employer names<br>• Employment history<br>• Job title<br>• Unique personal identification number (for example: Social Security Number)<br>• Direct deposit account number<br>• Contact information<br>• Profile photo and related photos<br>• Job application information<br>• Job openings that you share via the Gravity application<br>• Correspondence or communication sent via the Website<br>• Preferred language and country information<br>• User name<br>• Password<br>• Device identification information<br>• Browser fingerprint<br>• Geolocation information<br>• IP address<br><br>https://www.paycor.com/privacy-policy/ |
| include a request for a first action to be performed by the first device, wherein the one or more messages are received from the second device, and wherein the geographical location | The accused product practices receiving, at a first device (e.g., Paycor server), a message which includes a request for a first action (e.g., enabling user for punching in or punching out at a location chosen by the employer) to be performed by the first device (e.g., Paycor server), wherein the one or more messages (e.g., mobile device enabled with Paycor Mobile app, messages with location updates from a mobile device enabled with Paycor Mobile app) are received from the second device (e.g., mobile device enabled with Paycor Mobile app), and wherein the geographical location information (e.g., location of mobile device enabled with Paycor Mobile app) of a second device (e.g., mobile device enabled with Paycor app) acts as authentication to allow the first action (e.g., location |

| | |
|---|---|
| information of the second device acts as authentication to allow the first action to be performed by the first device; and | information will authenticate user for punching in or punching out at a location chosen by the employer) to be performed by the first device (e.g., Paycor server). |

The location information of the second device (e.g., location of mobile device enabled with Paycor Mobile app) acts as authentication to allow the first action (e.g., enabling user for punching in or punching out at a location chosen by the employer) because it permits the first device (e.g., Paycor server) to perform the first action (e.g., enabling user for punching in or punching out at a location chosen by the employer).







### Automate Timekeeping

Eliminate the hassle of tracking hours by hand or guessing when employees arrive at work. Paycor's time & attendance tracking software automates the entire process so you don't have to rely on spreadsheets or timecards.

### Employee Self-Service

Do employees rely on HR to track time off and hours worked? Paycor empowers your workforce to leverage self-service capabilities to improve productivity and manage their time.

### Easy Access Anytime, Anywhere

Today's modern workforce needs flexible solutions to track hours. Employees can clock in and out and view their timecards via Paycor Mobile.

https://www.paycor.com/hcm-software/time-attendance-software/

## Clock-In/Clock-Out

Administrators have the option to allow employees to punch in or out using their mobile phone. They can even choose which location or department they are punching into if they work in multiple locations or departments.

https://www.paycor.com/hcm-software/payroll-software/mobile-app/

Your timekeeping solution should also contain a mobile app that allows employees to punch in/out, enter daily hours, transfer departments and request time off work. It also allows managers to handle PTO requests and attendance exceptions from his or her phone.

If you're concerned about employees taking advantage of such a convenience, consider using geo-validation. This allows an employer to establish parameters in regard to where an employee physically must be in order to punch in/out. The location is documented for manager review.

https://www.paycor.com/resource-center/articles/is-your-time-and-attendance-solution-delivering-results/



https://www.youtube.com/watch?v=IG7B3YXv7YY

14



https://www.youtube.com/watch?v=IG7B3YXv7YY



https://play.google.com/store/apps/details?id=com.paycor.perform

| | Personal Information collected may include: |
|---|---|
| | • Name |
| | • Gender |
| | • Date of birth |
| | • Street address |
| | • Phone number |
| | • E-mail address |
| | • Employer names |
| | • Employment history |
| | • Job title |
| | • Unique personal identification number (for example: Social Security Number) |
| | • Direct deposit account number |
| | • Contact information |
| | • Profile photo and related photos |
| | • Job application information |
| | • Job openings that you share via the Gravity application |
| | • Correspondence or communication sent via the Website |
| | • Preferred language and country information |
| | • User name |
| | • Password |
| | • Device identification information |
| | • Browser fingerprint |
| | • Geolocation information |
| | • IP address |
| | https://www.paycor.com/privacy-policy/ |
| autonomously performing, based at least on the received one or more messages, by the first device, the authenticated first action. | The accused product practices autonomously performing, based at least on the received one or more messages (e.g., messages with location updates from a mobile device enabled with Paycor Mobile app), by the first device (e.g., Paycor server), the authenticated first action (e.g., enabling user for punching in or punching out at a location chosen by the employer).<br><br>As shown below, Paycor server's administrator can set a punch location or draw a boundary around desired location where the administrator wants employees to perform punch activity. |







### Automate Timekeeping

Eliminate the hassle of tracking hours by hand or guessing when employees arrive at work. Paycor's time & attendance tracking software automates the entire process so you don't have to rely on spreadsheets or timecards.

### Employee Self-Service

Do employees rely on HR to track time off and hours worked? Paycor empowers your workforce to leverage self-service capabilities to improve productivity and manage their time.

### Easy Access Anytime, Anywhere

Today's modern workforce needs flexible solutions to track hours. Employees can clock in and out and view their timecards via Paycor Mobile.

https://www.paycor.com/hcm-software/time-attendance-software/

## Clock-In/Clock-Out

Administrators have the option to allow employees to punch in or out using their mobile phone. They can even choose which location or department they are punching into if they work in multiple locations or departments.

https://www.paycor.com/hcm-software/payroll-software/mobile-app/

Your timekeeping solution should also contain a mobile app that allows employees to punch in/out, enter daily hours, transfer departments and request time off work. It also allows managers to handle PTO requests and attendance exceptions from his or her phone.

If you're concerned about employees taking advantage of such a convenience, consider using geo-validation. This allows an employer to establish parameters in regard to where an employee physically must be in order to punch in/out. The location is documented for manager review.

https://www.paycor.com/resource-center/articles/is-your-time-and-attendance-solution-delivering-results/



https://www.youtube.com/watch?v=IG7B3YXv7YY



https://www.youtube.com/watch?v=IG7B3YXv7YY



https://play.google.com/store/apps/details?id=com.paycor.perform

Personal Information collected may include:

- Name
- Gender
- Date of birth
- Street address
- Phone number
- E-mail address
- Employer names
- Employment history
- Job title
- Unique personal identification number (for example: Social Security Number)
- Direct deposit account number
- Contact information
- Profile photo and related photos
- Job application information
- Job openings that you share via the Gravity application
- Correspondence or communication sent via the Website
- Preferred language and country information
- User name
- Password
- Device identification information
- Browser fingerprint
- Geolocation information
- IP address

https://www.paycor.com/privacy-policy/